# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

**DOCKET NUMBER:** 19 CV 10408

**DATE FILED:** NOV 12 2019

**SIGNED BY:** JUDGE FURMAN

**DATE SIGNED:** NOV 08 2019

**TO BE FILED UNDER SEAL:**

____ ENTIRE ACTION

✓ COMPLAINT / PETITION ONLY

✓ OTHER DOCUMENTS / EXHIBITS