IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-5-21

BARBARA DELUCA, DREW R. NAYLOR, and PEGGY ROLLO, on behalf of themselves and other similarly situated limited partners,

   Plaintiffs,

v.

GPB HOLDINGS, LP, GPB AUTOMOTIVE PORTFOLIO, LP, GPB HOLDINGS II, LP, GPB WASTE MANAGEMENT, LP, GPB CAPITAL HOLDINGS, LLC, ASCENDANCY ALTERNATIVE STRATEGIES, LLC, ASCENDANT CAPITAL, LLC, AXIOM CAPITAL MANAGEMENT, INC., DAVID GENTILE, MARK MARTINO, JEFFREY LASH, JEFFRY SCHNEIDER, CROWE LLP, EISNERAMPER LLP, MARGOLIN, WINER & EVENS LLP, RSM US LLP, COHNREZNICK LLP, and MACRINA KGIL (A/K/A MINCHUNG KGIL)

   Defendants.

Civil Action No. 19-cv-10498

**JURY TRIAL DEMANDED**

**[PROPOSED] ORDER FOR PLAINTIFFS' MOTION FOR LEAVE TO: (1) *FILE UNDER SEAL* THE UNREDACTED AMENDED COMPLAINT AND (2) PUBLICLY FILE THE REDACTED AMENDED COMPLAINT**

Upon consideration of Plaintiffs' Motion For Leave to: (1) *File Under Seal* the Unredacted Amended Complaint; and (2) Publicly File the Redacted Amended Complaint and good cause appearing;

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion is GRANTED.

2. Plaintiffs may file *Under Seal* the Unredacted Amended Complaint, which was filed at **Dkt. 117-1** and **Dkt. 117-2**.

3. Plaintiffs may file publicly the Redacted Amended Complaint, which was filed at **Dkt. 121-3**.

DATED: 10/5/21

_____
Hon. Lewis A. Kaplan, U.S.D.J.