IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/22
```

BARBARA DELUCA, DREW R.
NAYLOR, and PEGGY ROLLO, on
behalf of themselves and other similarly
situated limited partners,

   Plaintiffs,

  v.

GPB HOLDINGS, LP, GPB
AUTOMOTIVE PORTFOLIO, LP, GPB
HOLDINGS II, LP, GPB WASTE
MANAGEMENT, LP,
GPB CAPITAL HOLDINGS, LLC,
ASCENDANCY ALTERNATIVE
STRATEGIES, LLC, ASCENDANT
CAPITAL, LLC, AXIOM CAPITAL
MANAGEMENT, INC., DAVID
GENTILE, MARK MARTINO,
JEFFREY LASH, JEFFRY SCHNEIDER,
CROWE LLP, EISNERAMPER LLP,
MARGOLIN, WINER & EVENS LLP,
RSM US LLP, COHNREZNICK LLP,
and MACRINA KGIL (A/K/A
MINCHUNG KGIL)

   Defendants.

Civil Action No. 19-cv-10498

**JURY TRIAL DEMANDED**

Granted. DKts 116 and 119 are denied as moot.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
2/1/22

**PLAINTIFFS' MOTION FOR LEAVE TO: (1) *FILE UNDER SEAL*
THE UNREDACTED AMENDED COMPLAINT AND (2) PUBLICLY
FILE THE REDACTED AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 5.2(d), and upon the supporting Declaration of Catherine Pratsinakis, dated September 20, 2021 (the "Pratsinakis Declaration"), Plaintiffs Barbara DeLuca, Drew R. Naylor, and Peggy Rollo (collectively, "Plaintiffs"), by and through their attorneys, Grant & Eisenhofer P.A. and Dilworth Paxson LLP, hereby move this Court for entry of an order in the form attached hereto granting Plaintiffs leave to: (1) *file under seal* the unredacted version of Plaintiffs' Amended Complaint at Exhibit A to the Pratsinakis Declaration;