UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

BARBARA DELUCA, DREW R. )
NAYLOR, and PEGGY ROLLO, on )
behalf of themselves and other similarly )
situated limited partners, )
)
                         Plaintiffs, )
)
v. )
)
GPB HOLDINGS, LP, *et al.*, )
)
                         Defendants. )
------------------------------- x

Case No.: 1:19-cv-10498-LAK

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2023
```

## PLAINTIFFS' NOTICE OF MOTION AND MOTION TO LIFT STAY AS TO THE AUDITOR DEFENDANTS

OF COUNSEL:

Catherine Pratsinakis (Admitted *pro hac vice*)
Douglas M. Weck (*pro hac vice* to be filed)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Tel: (215) 575-7013
cpratsinakis@dilwothlaw.com
dweck@dilworthlaw.com

Daniel L. Berger
Caitlin M. Moyna
GRANT & EISENHOFER P.A.
485 Lexington Ave. 29th Fl.
New York, New York 10017
Tel: (646) 722-8501
dberger@gelaw.com
cmoyna@gelaw.com

Laina M. Herbert (Admitted *pro hac vice*)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
lherbert@gelaw.com

*Attorneys for Plaintiffs Barbara Deluca,
Drew R. Naylor, Peggy Rollo and the
Putative Class*

Dated: November 18, 2022

<u>Memorandum Endorsement</u>	<u>DeLuca v GPB Automotive Portfolio, LLP, 19-10498 (LAK)</u>

   Plaintiffs' motion to terminate or lift the stay as to Defendants Crowe LLP, EisnerAmper LLP, Margolin, Winer & Evens LLP, RSM US LLP, and CohnReznick LLP (collectively, the "Auditor Defendants") [Dkt 151] is granted substantially for the reasons set forth in the plaintiffs' memorandum. The Auditor Defendants' arguments in opposition are unpersuasive. While there is overlap between this case generally and the criminal matter, the overlap is considerably less extensive as it relates to the claims against the Auditor Defendants than as it relates to the subjects of the criminal matter. Moreover, the claims against the Auditor Defendants involve issues that are uniquely or principally related to the Auditor Defendants. While it may be that the claims against the Auditor Defendants cannot be fully resolved without resolution of the claims against those involved in the criminal matter, the Court sees no reason why discovery and motion practice should not go forward while the stay remains in effect as to the other defendants. And if discovery is sought against the other defendants or other persons involved in the criminal matter and issues are raised as to whether that particular discovery should go forward notwithstanding the criminal matter, the Court can deal with any such matters when need arises.

   SO ORDERED.

Dated:  January 5, 2023

                 _____
                  Lewis A. Kaplan
                 United States District Judge