UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA DELUCA, DREW R. NAYLOR, and PEGGY ROLLO, on behalf of themselves and other similarly situated limited partners,<br><br>         *Plaintiffs*,<br>v.<br><br>GPB HOLDINGS, LP, et al.,<br><br>         *Defendants*. | Case No. 1:19-cv-10498-LAK-JW |

## [PROPOSED] SCHEDULING ORDER

This matter came before the Court on the Auditor Defendants' Motion for Entry of Scheduling Order. It is hereby **ORDERED** that discovery and motions practice as it relates to the claims against the Auditor Defendants in this case shall be governed by the following schedule:

| Event | Proposed Date |
|---|---|
| Fed. R. Civ. P. 26(a) initial disclosures | February 10, 2023 |
| Auditor Defendants' answers or motions to dismiss the Amended Class Action Complaint | March 6, 2023 |
| Opposition to a motion to dismiss or reply to an answer | April 7, 2023 |
| Replies in support of motions to dismiss | April 28, 2023 |
| Plaintiffs' Motion for Class Certification and Plaintiffs' disclosure of class certification expert reports pursuant to Fed. R. Civ. P. 26(a)(2) | July 28, 2023 |
| Auditor Defendants' Opposition to Plaintiffs' Motion for Class Certification and disclosure of class certification expert reports pursuant to Fed. R. Civ. P. 26(a)(2) | September 22, 2023 |
| Plaintiffs' Class Certification Reply Brief | October 20, 2023 |
| Close of fact discovery | March 1, 2024 |
| Deadline for Plaintiffs to identify experts and to serve all materials required by Fed. R. Civ. P. 26(a)(2) | April 4, 2024 |
| Deadline for Auditor Defendants to identify responsive experts and to serve all materials required by Fed. R. Civ. P. 26(a)(2) | May 2, 2024 |
| Deadline for Plaintiffs to serve expert rebuttal reports | May 30, 2024 |
| Close of expert discovery | June 20, 2024 |
| Motions for Summary Judgment | July 18, 2024 |
| Oppositions to Motions for Summary Judgment | August 29, 2024 |
| Replies in Support of Motions for Summary Judgment | September 19, 2024 |

2

SO ORDERED, this __9__ day of __February__, 2023

_____
Jennifer E. Willis, U.S.M.J.

The Court adopts the Auditor Defendants' proposed schedule. Such schedule is reasonable in light of the case history, when the Auditor Defendants were added as parties, when the stay was lifted as to the Auditor Defendants, and the discovery that will be required in this action. The Clerk of Court is respectfully directed to terminate docket numbers 177 and 178. SO ORDERED.