UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BARBARA DELUCA, DREW R. NAYLOR,
and PEGGY ROLLO, on behalf of themselves
and other similarly situated limited partners,

                Plaintiffs,          **ORDER**

                                 **19-CV-10498(LAK)(JW)**

           -against-

GPB HOLDINGS, LP, *et al.*,

                Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On February 9, 2021, Judge Kaplan entered a Protective Order permitting the Parties to designate any discovery they produce in this action as "confidential" so long as the documents "contain trade secrets, proprietary business information, competitively sensitive information, or other information the disclosure of which would, in the good faith judgment of the party designating the material as confidential, be detrimental to the conduct of that party's business or the business of any of that party's customers or clients." Dkt. No. 110.

      On October 5, 2021, Judge Kaplan granted Plaintiffs leave to redact certain information from the publicly-filed version of the Amended Complaint, Dkt. 132, on the grounds that such information was protected by the terms of the Protective Order. Dkt. No. 123.

      On April 10, 2023, this Court granted requests from RSM US LLP and Crow LLP to: "(a) file under seal their unredacted briefs in support of their motions to dismiss and certain exhibits marked "confidential" and/or previously

filed under seal, and (b) publicly file redacted versions of their respective briefs, on the grounds that certain information had been previously sealed and/or marked "confidential" and subject to the Protective Order." Dkt. No. 216.

On April 13, 2023, Plaintiffs requested permission to: (1) file under seal the unredacted version of Plaintiffs' Omnibus Brief and (2) publicly file the redacted version of Plaintiffs' Omnibus Brief.

Because Plaintiffs' Omnibus Brief similarly incorporates and references information that was previously sealed or subject to the Protective Order, Plaintiffs' April 13, 2023 Motion to Seal is GRANTED.

The Clerk of the Court is respectfully requested to close Dkt. No. 217.

SO ORDERED.

DATED:   New York, New York
         April 26, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge