**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BARBARA DELUCA, DREW R. NAYLOR,
and PEGGY ROLLO *et al.*

                         Plaintiffs,

                                                                    **ORDER**

            -against-

                                                                    **19-CV-10498 (LAK) (JW)**

GPB HOLDINGS, LP, *et al.,*

                         Defendants.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of a letter motion filed on behalf of the Auditor-Defendants CohnReznick LLP, Crowe LLP, EisnerAmper LLP, Margolin, Winer & Evens LLP, and RSM US LLP. Dkt. No. 310. The letter motion seeks to stay "this case in its entirety" given that on December 7, 2023, Judge Brodie adopted Magistrate Judge Scanlon's Report & Recommendation, which granted "the SEC's motion to convert the monitorship into a receivership and impose a litigation injunction." Dkt. No. 310-2.

The Court will rule on the Auditor-Defendants' letter motion in due course. To clarify, the Auditor-Defendants' Replies to the pending Motions to Dismiss **remain due on January 12, 2024.**

     SO ORDERED.

DATED:     New York, New York
           January 2, 2024

                                        _____
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge