UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA DELUCA, DREW R. NAYLOR, PEGGY ROLLO, PETER BEDDIA, MICHAEL OLES, ROBERT (BOB) RICCI, and JAMES STAPLES, as Trustee of the 616 MOVED TRUST, on behalf of themselves and other similarly situated limited partners,

*Plaintiffs*,

v.

GPB HOLDINGS, LP, et al,

*Defendants*.

Case No. 1:19-cv-10498-LAK-JW

## ORDER CONTINUING THE STAY

WHEREAS, the Action has been stayed against the GPB Defendants and the Individual Defendants since May 20, 2021 (*see* ECF No. 115);

WHEREAS, on November 2, 2023, Defendants Crowe LLP, CohnReznick LLP, Margolin Winer & Evens LLP, RSM US LLP, and EisnerAmper LLP (the "Auditor Defendants") filed their respective motions to dismiss Plaintiffs' Second Amended Class Action Complaint (*see* ECF Nos. 278, 280, 284, 288, and 291);

WHEREAS, pursuant to the Court's Order dated April 24, 2024 (*see* ECF No. 328), all proceedings related to this Action were stayed while Plaintiffs and the Auditor Defendants engaged in mediation;

WHEREAS, on June 13 and 14, 2024, Plaintiffs and the Auditor Defendants engaged in mediation;

WHEREAS, as a result of mediation, Plaintiffs and Defendants Crowe LLP, CohnReznick

1

LLP, Margolin Winer & Evens LLP, and RSM US LLP (the "Settling Parties") reached an agreement to resolve the claims asserted in the Action against them (the "Settlement");

WHEREAS, Plaintiffs agreed to dismiss their claims against Defendant EisnerAmper LLP;

WHEREAS, in light of the foregoing, Plaintiffs and the Auditor Defendants agree that a continued stay of all deadlines and proceedings related to this Action is appropriate while the Settling Parties prepare a formal stipulation of settlement, motion and related papers to effectuate the Settlement.

Having considered the Parties' joint letter for a continued stay of all further proceedings pending the preparation of a formal stipulation of settlement, motion and related papers, IT IS HEREBY ORDERED THAT:

All deadlines and proceedings related to this Action are hereby stayed as against and with respect to all Parties until further order of the Court.

Dated:  June 24, 2024

*Jennifer E. Willis*

HONORABLE JENNIFER E. WILLIS
United States Magistrate Judge
Southern District of New York