UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BARBARA DELUCA, DREW R. NAYLOR, and PEGGY ROLLO, on behalf of themselves and other similarly situated limited partners,<br><br>*Plaintiffs*,<br><br>-against-<br><br>GPB HOLDINGS, LP, GPB AUTOMOTIVE PORTFOLIO, LP, GPB HOLDINGS II, LP, GPB WASTE MANAGEMENT, LP, GPB CAPITAL HOLDINGS, LLC, ASCENDANCY ALTERNATIVE STRATEGIES, LLC, ASCENDANT CAPITAL, LLC, AXIOM CAPITAL MANAGEMENT, INC., DAVID GENTILE, MARK MARTINO, JEFFREY LASH, JEFFRY SCHNEIDER, CROWE LLP, EISNERAMPER LLP, MARGOLIN, WINER & EVENS LLP, RSM US LLP, COHNREZNICK LLP, and MACRINA KGIL (A/K/A MINCHUNG KGIL),<br><br>*Defendants*. | Civ. Action No.:<br>1:19-cv-10498-LAK-JW |

## ORDER TO STAY PROCEEDINGS

Pursuant to the Receivership Order entered on December 7, 2023 by the Honorable Chief Judge Margo K. Brodie of the United States District Court for the Eastern District of New York and affirmed by the United States Court of Appeals for the Second Circuit on December 3, 2024, IT IS HEREBY ORDERED that the above-captioned case is stayed as to Defendants GPB Capital Holdings, LLC ("GPB Capital"); GPB Automotive Portfolio, LP; GPB Holdings, LP; GPB Holdings II, LP; and GPB Waste Management, LP (renamed "Armada Waste Management, LP") (collectively, the "GPB Funds," and with GPB Capital, the "GPB Defendants"). All deadlines under the Federal Rules of Civil Procedure, the Local Rules, and prior orders from this Court, as they relate to the GPB Defendants, will be stayed pending further order of the Court.

DATED: 1/21/2025

_Jennifer E. Willis_
Hon. Jennifer E. Willis
United States Magistrate Judge