MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/26

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

BARBARA DELUCA, DREW R. NAYLOR, PEGGY ROLLO, PETER BEDDIA, MICHAEL OLES, ROBERT (BOB) RICCI, and JAMES STAPLES, as Trustee of the 616 MOVED TRUST, on behalf of themselves and other similarly situated limited partners,

*Plaintiffs,*

v.

GPB HOLDINGS, LP, et al.,

*Defendants.*

Case No. 1:19-cv-10498-LAK-JW

The Clerk shall close the case

SO ORDERED

LEWIS A. KAPLAN, USDJ

1/9/26

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Final Settlement Approval and Bar Order, dated November 24, 2025, entered in the action pending in the United States District Court for the Western District of Texas captioned *Kinnie Ma Individual Ret. Acct., et al. v. Ascendant Capital, LLC, et al.*, No. 1:19-CV-1050-RP, ECF No. 1271, Plaintiffs Barbara Deluca, Drew R. Naylor, Peggy Rollo, Peter Beddia, Michael Oles, Robert (Bob) Ricci, and James Staples, as Trustee of the 616 Moved Trust, by and through their undersigned counsel, hereby give notice of the dismissal of the above-captioned action *with prejudice.*

Dated: January 7, 2026

By: ____________________
Catherine Pratsinakis (*pro hac vice*)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Tel: (215) 575-7013
Email: cpratsinakis@dilwothlaw.com

By: ____________________
Vincent J. Pontrello
GRANT & EISENHOFER P.A.
485 Lexington Ave. 29th Fl.
New York, New York 10017
Tel: (646) 722-8500
Email: vpontrello@gelaw.com

*Counsel for Plaintiffs and the Putative Class*